FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

June 11, 2015

Lisa Mullen
3149 Lackland Rd., Ste. 102
Fort Worth, TX 76116
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  02-15-00087-CR, 02-15-00088-CR
     Trial Court Case Number:  1384447D, 1384449D

Style:  Desmond Lamar Davis
        v.
        The State of Texas

The reporter's record has been filed under the date of Wednesday, June 10, 2015, in the above referenced causes.

The appellant's brief is due **Friday, July 10, 2015**.  *See* Tex. R. App. P. 38.6.  You will be notified when the case is set for submission.

A party desiring oral argument must note that request on the outside cover of the party's brief.  *See* Tex. R. App. P. 39.7.  **If no oral argument is requested by either party, the case may be submitted on the briefs**.

**PLEASE BE ADVISED THAT THIS COURT HAS ADOPTED THE STANDARDS FOR APPELLATE CONDUCT, WHICH WERE ADOPTED AND PROMULGATED BY THE SUPREME COURT OF TEXAS AND THE TEXAS COURT OF CRIMINAL APPEALS ON FEBRUARY 1, 1999 BY MISCELLANEOUS DOCKET ORDER NO. 99-9012.**  Copies of the standards are available from this office and appear on the court's website at www.txcourts.gov/2ndcoa.  **Parties appearing before this court are expected to adhere to these standards and non-compliance will be addressed by the court accordingly.**

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Karen Brown, Deputy Clerk